# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Frederick Arden Hamilton,  Civil No. 05-457 (DWF/JSM)

      Petitioner,

v.  **ORDER**

State of Minnesota,

      Respondent.

___

Frederick Arden Hamilton, *Pro Se*, #208513, Petitioner.

Thomas R. Ragatz, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondent.

___

This matter is before the Court upon Petitioner's objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated March 16, 2005, recommending that Petitioner's application for a writ of habeas corpus be summarily denied; that Petitioner's application to proceed *in forma pauperis* be denied; and that this action be dismissed with prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.	Petitioner's objections (Doc. No. 4) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated March 16, 2005, are **DENIED**.

2.	Magistrate Judge Janie S. Mayeron's Report and Recommendation dated March 16, 2005 (Doc. No. 3), is **ADOPTED**.

3.	Petitioner's application for a writ of habeas corpus (Doc. No. 1) is summarily **DENIED**.

4.	Petitioner's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

5.	This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  May 25, 2005		s/Donovan W. Frank
				DONOVAN W. FRANK
				Judge of United States District Court